1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. 2:19-CR-00189-JAM

12 |                    Plaintiff,      STIPULATION REGARDING EXCLUDABLE
   |                                    TIME PERIODS UNDER SPEEDY TRIAL
13 |          v.                        ACT; FINDINGS AND ORDER

14 | BRIAN RAYMOND SCHECKLA,            DATE: January 7, 2020
                                        TIME: 9:15 a.m.
15 |                    Defendant.      COURT: Hon. John A. Mendez

16

17                          **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on January 7, 2020.

21        2.      By this stipulation, defendant now moves to continue the status conference

22 until February 25, 2020 at 9:15 a.m., and to exclude time between January 7, 2020, and

23 February 25, 2020, under Local Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the

25 following:

26            a)      The government has represented that the discovery associated with

27        this case includes 591 pages of reports and photos. All of this discovery has been

28        either produced directly to counsel.

1        b)      Counsel for defendant desires additional time to consult with his client, review the current charges and discovery, conduct investigation and research related to the charges, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2020 to February 25, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4    IT IS SO STIPULATED.

5

6

7  Dated:  January 2, 2020                          McGREGOR W. SCOTT
                                                    United States Attorney

8

9                                                   /s/ JUSTIN L. LEE
                                                    JUSTIN L. LEE
10                                                  Assistant United States Attorney

11

12  Dated:  January 2, 2020                         /s/ DAVID W. DRATMAN
                                                    DAVID W. DRATMAN
13                                                  Counsel for Defendant
                                                    BRIAN RAYMOND SCHECKLA
14                                                  (as authorized on January 2, 2020)

15

16

17                        **FINDINGS AND ORDER**

18    IT IS SO FOUND AND ORDERED this 2nd day of January, 2020.

19

20                                                  /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
21                                                  UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28