McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>BRIAN RAYMOND SCHECKLA,<br><br>                    Defendant. | CASE NO.  2:19-CR-00189-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: June 16, 2020<br>TIME:  9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 16, 2020.

2. By this stipulation, defendant now moves to continue the status conference until September 15, 2020 at 9:15 a.m., and to exclude time between June 16, 2020, and September 15, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes 591 pages of reports and photos. All of this discovery has been either produced directly to counsel.

b)   On February 20, 2020, counsel for the defendant and the United States discussed the status of the case.  Counsel for the defendant requested additional discovery related to information referenced in investigative reports.  In response, the United States will be producing additional discovery and counsel for the defendant will need additional time to review the additional discovery.

c)   On March 25, 2020 and June 11, 2020, the parties conferred regarding the status of the case.  Counsel for the defendant indicated that he and the defendant are still reviewing the discovery and determining how to proceed with the case.  The ability of the defendant and his counsel to meet and conduct defense investigation has been impeded by the on-going COVID-19 pandemic.

d)   Accordingly, counsel for defendant desires additional time to consult with his client, review the current charges and discovery, conduct investigation and research related to the charges, and otherwise prepare for trial.

e)   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)   The government does not object to the continuance.

g)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 16, 2020 to September 15, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 11, 2020                         McGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney

Dated: June 11, 2020                         /s/ DAVID W. DRATMAN
                                             DAVID W. DRATMAN
                                             Counsel for Defendant
                                             BRIAN RAYMOND SCHECKLA
                                             (as authorized on June 11, 2020)

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of June, 2020.

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE