DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN RAYMOND SCHECKLA

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BRIAN RAYMOND SCHECKLA,<br><br>　　　　　　　　Defendant. | CR.S.  No.  2:19-CR-00189 JAM<br><br>**STIPULATION AND  ORDER TO DELETE SPECIAL CONDITION OF RELEASE NUMBER 8.** |

　　　　IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Justin L. Lee, Assistant United States Attorney, attorney for Plaintiff, and David W. Dratman, attorney for defendant Brian Raymond Scheckla, with the concurrence of the Pretrial Services Agency, that special condition of release number 8 relating to drug and alcohol testing be deleted, effective immediately.  Attached is the Amended Special Conditions of Release reflecting this deletion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  January 12, 2021　　　　　　/s/ David W. Dratman　　　　　　　
　　　　　　　　　　　　　　　　　　DAVID W. DRATMAN
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　BRIAN RAYMOND SCHECKLA

STIPULATION AND ORDER TO DELETE SPECIAL CONDITION OF RELEASE NUMBER 8.

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 12, 2021 | /s/ David W. Dratman for |
| 3 | | JUSTIN L. LEE<br>Assistant United States Attorney |
| 4 | | Counsel for Plaintiff |

**IT IS SO ORDERED.**

Dated: January 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO DELETE SPECIAL CONDITION OF RELEASE NUMBER 8.

2

**AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Scheckla, Brian Raymond
No.: 2:19-CR-189-JAM
Date: January 12, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with Gary Keith Osterhout unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You shall not visit or attend any gun shows; and

12. You shall not gamble either online or by visiting or entering any casinos or gambling establishments.