PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN RAYMOND SCHECKLA,<br><br>Defendant. | CASE NO. 2:19-CR-00189-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: July 20, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 20, 2021.

2. By this stipulation, defendant now moves to continue the status conference until **September 21, 2021**, **at 9:30 AM,** and to exclude time between July 20, 2021, and September 21, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 591 pages of reports and photos. All of this discovery has been either produced directly to counsel.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b) On February 20, 2020, counsel for the defendant and the United States discussed the status of the case. Counsel for the defendant requested additional discovery related to information referenced in investigative reports. In response, the United States will be producing additional discovery and counsel for the defendant will need additional time to review the additional discovery.

c) On March 25, 2020, June 11, 2020, September 9, 2020, December 7, 2020, and May 18, 2021, the parties conferred regarding the status of the case. Counsel for the defendant indicated that he and the defendant are still reviewing the discovery, conducting defense investigation, and determining how to proceed with the case. The ability of the defendant and his counsel to meet and conduct defense investigation has been impeded by the on-going COVID-19 pandemic.

d) On July 9, 2021, the parties conferred regarding the status of the case. The parties agreed that one final continuance was appropriate to allow defense counsel time to confer with the defendant regarding pleading guilty or setting the matter for trial. The parties anticipate that at the next hearing they will be prepared to set a trial date or set a date for entry of plea.

e) Accordingly, counsel for defendant desires additional time to consult with his client, review the current charges and discovery, conduct investigation and research related to the charges, and otherwise prepare for trial.

f) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) The government does not object to the continuance.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July

20, 2021 to September 21, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 13, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: July 13, 2021

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
BRIAN RAYMOND SCHECKLA
(as authorized on July 9, 2021)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 13, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE