DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN RAYMOND SCHECKLA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

BRIAN RAYMOND SCHECKLA,

                Defendant.

2:19-CR-00189 JAM

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for February 15, 2022 at 9:30 a.m. be continued to April 12, 2022 at 9:30 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | April 12, 2022 |
| Reply, or Statement of Non-Opposition: | April 5, 2022 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 29, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 22, 2022 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 15, 2022 |

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | March 1, 2022 |

DATED: JANUARY 3, 2022                /s/ David W. Dratman
                                      DAVID W. DRATMAN
                                      Attorney for Defendant
                                      BRIAN RAYMOND SCHECKLA

DATED: JANUARY 3, 2022                PHILLIP A. TALBERT
                                      United States Attorney

                                  By: /s/ Justin Lee*
                                      JUSTIN LEE
                                      Assistant U.S. Attorney
                                      *Signed with permission

### ORDER

IT IS SO ORDERED.

DATED: January 4, 2022                /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES v. BRIAN RAYMOND SCHECKLA*
[2:19-CR-00189 JAM]