DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN RAYMOND SCHECKLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                     Plaintiff,

          v.

BRIAN RAYMOND SCHECKLA,

                 Defendant.

2:19-CR-00189 JAM

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the

Probation Department that the Judgment and Sentencing scheduled for April 12, 2022 at

9:30 a.m. be continued to June 28, 2022 at 9:30 a.m.; and, that the following sentencing

schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | June 28, 2022 |
| Reply, or Statement of Non-Opposition: | June 21, 2022 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 14, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 7, 2022 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 31, 2022 |

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE
*UNITED STATES V. BRIAN RAYMOND SCHECKLA*
[2:19-CR-00189 JAM]

The proposed Presentence Report shall be disclosed to counsel
no later than:                                                    May 17, 2022


DATED:  APRIL 6, 2022                    /s/ David W. Dratman
                                         DAVID W. DRATMAN
                                         Attorney for Defendant
                                         BRIAN RAYMOND SCHECKLA


DATED:  APRIL 6, 2022                    PHILLIP A. TALBERT
                                         United States Attorney

                                    By: /s/ Justin Lee*_____
                                         JUSTIN LEE
                                         Assistant U.S. Attorney
                                         *Signed with permission


                              ORDER

      IT IS SO ORDERED.


DATED:  April 6, 2022                    /s/ John A. Mendez
                                         _____
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES V. BRIAN RAYMOND SCHECKLA*
**[2:19-CR-00189 JAM]**