DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN RAYMOND SCHECKLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

BRIAN RAYMOND SCHECKLA,

             Defendant.

2:19-CR-00189 JAM

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for June 28, 2022 at 9:30 a.m. be continued to October 18, 2022 at 9:30 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | October 18, 2022 |
| Reply, or Statement of Non-Opposition: | October 11, 2022 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 4, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 27, 2022 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 20, 2022 |

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED:  JUNE 21, 2022          /s/ David W. Dratman
                               DAVID W. DRATMAN
                               Attorney for Defendant
                               BRIAN RAYMOND SCHECKLA


DATED:  JUNE 21, 2022          PHILLIP A. TALBERT
                               United States Attorney

                           By: /s/ Justin Lee*
                               JUSTIN LEE
                               Assistant U.S. Attorney
                               *Signed with permission

## ORDER

IT IS SO ORDERED.


DATED:  June 22, 2022          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES v. BRIAN RAYMOND SCHECKLA*
[2:19-CR-00189 JAM]