DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN RAYMOND SCHECKLA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

BRIAN RAYMOND SCHECKLA,

               Defendant.

2:19-CR-00189 JAM

STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for October 18, 2022 at 9:00 a.m. be continued to November 29, 2022, at 9:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | November 29, 2022 |
| Reply, or Statement of Non-Opposition: | November 22, 2022 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | November 15, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 1, 2022 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 25, 2022 |

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES V. BRIAN RAYMOND SCHECKLA*
**[2:19-CR-00189 JAM]**

The proposed Presentence Report shall be disclosed to counsel no later than:                                                                    DISCLOSED

DATED: SEPTEMBER 28, 2022          /s/ David W. Dratman
                                    DAVID W. DRATMAN
                                    Attorney for Defendant
                                    BRIAN RAYMOND SCHECKLA

DATED: SEPTEMBER 28, 2022          PHILLIP A. TALBERT
                                    United States Attorney

                                By: /s/ Justin Lee*
                                    JUSTIN LEE
                                    Assistant U.S. Attorney
                                    *Signed with permission

ORDER

IT IS SO ORDERED.

DATED: September 28, 2022          /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES v. BRIAN RAYMOND SCHECKLA*
**[2:19-CR-00189 JAM]**