DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN RAYMOND SCHECKLA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN RAYMOND SCHECKLA,<br><br>    Defendant. | 2:19-CR-00189 JAM<br><br>STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for November 29, 2022 at 9:00 a.m. be continued to March 14, 2023, at 9:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | March 14, 2023 |
| Reply, or Statement of Non-Opposition: | March 7, 2023 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 28, 2023 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 21, 2023 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 14, 2023 |

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED:  NOVEMBER 21, 2022		/s/ David W. Dratman
					DAVID W. DRATMAN
					Attorney for Defendant
					BRIAN RAYMOND SCHECKLA

DATED:  NOVEMBER 21, 2022		PHILLIP A. TALBERT
					United States Attorney

				By: /s/ Justin Lee*
					JUSTIN LEE
					Assistant U.S. Attorney
					*Signed with permission

## ORDER

IT IS SO ORDERED.

DATED:  November 22, 2022		/s/ John A. Mendez
					THE HONORABLE JOHN A. MENDEZ
					SENIOR UNITED STATES DISTRICT JUDGE