PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-00189-JAM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| BRIAN RAYMOND SCHECKLA, | |
| Defendant. | |

Based upon the guilty plea entered by defendant Brian Raymond Scheckla and the Stipulation and Application for a Preliminary Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Brian Raymond Scheckla's interest in the firearms listed in Exhibit A attached hereto and incorporated herein is hereby condemned and forfeited to the United States, to be disposed of according to law.

2.  The firearms listed in Exhibit A attached hereto constitute firearms involved in or used in the knowing and willful commission of a violation of 18 U.S.C. § 922(a)(1)(A).

3.  The defendant waived oral pronouncement of forfeiture at the time of sentencing and any defects in such pronouncement that pertain to forfeiture and waived any defenses to forfeiture.

4.  Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the firearms listed in Exhibit A attached hereto. The aforementioned property shall be seized and

held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in its secure custody and control.

5. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the firearms listed in Exhibit A attached hereto, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

7. After entry of the Final Order of Forfeiture in this case, the United States shall consign the remaining firearms listed in the forfeiture allegation to a federally-licensed firearms dealer to be sold on the defendant's behalf. All the remaining firearms shall be sold to an independent third-party. The defendant agreed that he (or anyone on his behalf) will not attempt to purchase any of the firearms. The defendant will retain the proceeds from the sale of the firearms.

SO ORDERED this 15th day of February, 2023.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**Exhibit A**

1. Armscor of the Philippines (Squires Bingham) M116 rifle (19-ATF-012604),
2. Savage 15 rifle (19-ATF-012605),
3. Marlin Firearms Co 60 rifle (19-ATF-012606),
4. Marlin Firearms Co. 60 rifle (19-ATF-012610),
5. Ruger Blackhawk revolver (19-ATF-012612),
6. Marlin Firearms Co 39A rifle (19-ATF-012617),
7. Heckler & Koch Inc. MP5 (19-ATF-012696),
8. Bushmaster Firearms XM15-E2S rifle (19-ATF-012697),
9. Para-Ordnance Mfg. Inc. warthog pistol (19-ATF-012706),
10. Browning unknown pistol (19-ATF-012708),
11. North American Arms Black widow revolver (19-ATF-012711),
12. CZ (Ceska Zbrojovka) CZ75 pistol (19-ATF-012713),
13. Star, Bonifacio Echeverria 30MI pistol (19-ATF-012719),
14. Sig Sauer (Sig-Arms) P226 Elite pistol (19-ATF-012721),
15. Smith & Wesson 645 pistol (19-ATF-012727),
16. Ruger single six revolver (19-ATF-012728),
17. Heckler and Koch USP45 pistol (19-ATF-012735),
18. Browning 1911 pistol (19-ATF-012754),
19. Smith & Wesson 59 pistol (19-ATF-012757),
20. Sig-Sauer P229 Elite pistol (19-ATF-012758),
21. Remington Arms Company 1100 shotgun (19-ATF-012762),
22. Winchester 94 rifle (19-ATF-012763),
23. Winchester 94 rifle (19-ATF-012765),
24. Winchester 94 rifle (19-ATF-012766),
25. Winchester 94 rifle (19-ATF-012773),
26. Marlin Firearms Co. 39A Mountie rifle (19-ATF-012775),
27. Anderson Manufacturing AM-15 rifle (19-ATF-012783),
28. Winchester 94 rifle (19-ATF-012787),
29. Rossi Puma M92 rifle (19-ATF-012788),
30. Winchester 94 rifle (19-ATF-012789),
31. Winchester 94 rifle (19-ATF-012795),
32. Winchester 94 rifle (19-ATF-012796),
33. Robinson Armament Co M96 rifle (19-ATF-012810),
34. Rossi Puma M92 rifle (19-ATF-012811),
35. Smith & Wesson 19 revolver (19-ATF-012812),
36. Ruger GP100 revolver (19-ATF-012814),
37. Llama (Gabilondo & CIA) 38 super pistol (19-ATF-012815),
38. Ruger Vaquero revolver (19-ATF-012830),
39. Smith & Wesson 59 pistol (19-ATF-012842),
40. Heckler and Koch P30SK pistol (19-ATF-012847),
41. Colt BDA-380 pistol (19-ATF-012856),
42. Kimber STNLS ultra carry II pistol (19-ATF-012858),
43. Smith & Wesson 36 revolver (19-ATF-012859),
44. Beretta, Pietro S.P.A. 8040F mini cougar pistol (19-ATF-012860),
45. Ruger Blackhawk revolver (19-ATF-012862),
46. Ruger unknown revolver (19-ATF-012863),
47. Smith & Wesson 19 revolver (19-ATF-012864),
48. Walther PPK/S pistol (19-ATF-012865),
49. Beretta, Pietro S.P.A. 70 pistol (19-ATF-012866),
50. Smith & Wesson 14 revolver (19-ATF-012867),
51. Smith & Wesson 34 revolver (19-ATF-012868),
52. Auto Nine Corp Auto Nine pistol (19-ATF-012870),
53. Ruger Blackhawk revolver (19-ATF-012872),

54. Smith & Wesson 36 revolver (19-ATF-012873),
55. Smith & Wesson 60 revolver (19-ATF-012878),
56. Winchester 94 rifle (19-ATF-012883),
57. Bushmaster Firearms XM15-E2S rifle (19-ATF-012885),
58. Browning Buckmark rifle (19-ATF-012886),
59. Colt M4 rifle (19-ATF-012887),
60. Armscor of the Philipines (Squires Bingham) M16 rifle (19-ATF-012891),
61. Ruger Blackhawk revolver (19-ATF-012893),
62. Ruger 22/45 pistol (19-ATF-012894),
63. CZ (Ceska Zbrojovka) CZ70 pistol (19-ATF-012895),
64. Bauer Firearms Corp Bauer automatic pistol (19-ATF-012896),
65. Ruger LCR revolver (19-ATF-012897),
66. Ruger LCR revolver (19-ATF-012898),
67. Springfield Armory, Geneseo IL unknown pistol (19-ATF-012899),
68. Glock GMBH 21 pistol (19-ATF-012900),
69. Sig-Sauer P229 pistol (19-ATF-012934),
70. Glock GMBH 19Gen4 pistol (19-ATF-012935),
71. Glock GMBH 26Gen4 pistol (19-ATF-012936),
72. Sig-Sauer P229 pistol (19-ATF-012938),
73. Glock GMBH 26 pistol (19-ATF-012939),
74. Glock GMBH 30 pistol (19-ATF-012940),
75. Winchester 190 rifle (19-ATF-012942),
76. Browning unknown rifle (19-ATF-012946),
77. Interarms Star pistol (19-ATF-012948),
78. Glock GMBH 32 pistol (19-ATF-012950),
79. Smith & Wesson 686 revolver (19-ATF-012951),
80. Rock Island Armory Inc. (Geneseo IL) 1911 pistol (19-ATF-012952)
81. AMT-California (Arcadia machine & tools) automag II pistol (19-ATF-012953),
82. Browning Buckmark pistol (19-ATF-012954),
83. Ruger Blackhawk revolver (19-ATF-012955),
84. Heckler and Koch USP45 compact pistol (19-ATF-012956),
85. Walther PP pistol (19-ATF-012959),
86. AMT-California (Arcadia Machine & Tool) unknown pistol (19-ATF-012963),
87. Keltec, CNC Industries PMR-30 pistol (19-ATF-012964),
88. Smith & Wesson 459 pistol (19-ATF-012965),
89. Smith & Wesson 1911SC revolver (19-ATF-012967),
90. Winchester 94 rifle (19-ATF-012972),
91. Armalite AR10T rifle (19-ATF-012973),
92. Bushmaster Firearms XM15 rifle (19-ATF-012977),
93. Winchester 94 rifle (19-ATF-012979),
94. Kimber campguard 10 pistol (19-ATF-012988),
95. Para-Ordnance Mfg. Inc. P12 pistol (19-ATF-012989),
96. Sig Sauer (Sig-Arms) P226 pistol (19-ATF-012990),
97. Walther P5 pistol (19-ATF-012992),
98. Walther CCP pistol (19-ATF-012993),
99. F.N. Herstal (FN Herstal) five-seven pistol (19-ATF-012994),
100. Beretta USA Corp 92FS pistol (19-ATF-012998),
101. Ruger new model Blackhawk revolver (19-ATF-012999),
102. Glock GMBH 19 pistol (19-ATF-013000),
103. Taurus the judge revolver (19-ATF-013001),
104. Taurus the judge revolver (19-ATF-013002),
105. Taurus the judge revolver (19-ATF-013004),
106. Walther PP pistol (19-ATF-013005), and
107. Beretta, Pietro S.P.A. 84 pistol (19-ATF-013006).