DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN RAYMOND SCHECKLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BRIAN RAYMOND SCHECKLA,<br><br>　　　　　　　　　Defendant. | 2:19-CR-00189 JAM<br><br>STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for March 14, 2023 at 9:00 a.m. be continued to April 18, 2023, at 9:00 a.m.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | April 18, 2023 |
| Reply, or Statement of Non-Opposition: | April 11, 2023 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 4, 2023 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 28, 2023 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 21, 2023 |

**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE**
*UNITED STATES v. BRIAN RAYMOND SCHECKLA*
[2:19-CR-00189 JAM]

| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED:  FEBRUARY 14, 2023      /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
BRIAN RAYMOND SCHECKLA

DATED:  FEBRUARY 14, 2023      PHILLIP A. TALBERT
United States Attorney

By: /s/ Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
*Signed with permission

ORDER

IT IS SO ORDERED.

DATED:  February 15, 2023      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE