DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California 95825-6793
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN RAYMOND SCHECKLA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>BRIAN RAYMOND SCHECKLA,<br><br>           Defendant. | 2:19-CR-00189 JAM<br><br>**STIPULATION AND ORDER RESETTING SENTENCING SCHEDULE** |

IT IS HEREBY STIPULATED BETWEEN the parties with the concurrence of the Probation Department that the Judgment and Sentencing scheduled for April 18, 2023 at 9:00 a.m. be **CONTINUED** to **June 6, 2023, at 9:00 a.m**.; and, that the following sentencing schedule be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | June 6, 2023 |
| Reply, or Statement of Non-Opposition: | May 30, 2023 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 23, 2023 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 16, 2023 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | DELIVERED |

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | DISCLOSED |

DATED:  APRIL 10, 2023        /s/ David W. Dratman
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              BRIAN RAYMOND SCHECKLA

DATED:  APRIL 10, 2023        PHILLIP A. TALBERT
                              United States Attorney

                              By: /s/ Justin Lee*_____
                              JUSTIN LEE
                              Assistant U.S. Attorney
                              *Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: April 12, 2023         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE