PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-cr-00189-JAM |
|---|---|
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| BRIAN RAYMOND SCHECKLA, | |
| Defendant. | |

On February 16, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement and the Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff and defendant Brian Raymond Scheckla forfeiting to the United States the firearms listed in Exhibit A, attached hereto and incorporated herein.

Beginning on February 23, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the individuals listed in Exhibit B known to have a potential interest in the firearms listed in Exhibit A.

1

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the firearms listed below in Exhibit A pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Brian Raymond Scheckla and the individuals listed in Exhibit B.

2. All right, title, and interest in the firearms listed in Exhibit A shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

4. After entry of this Final Order of Forfeiture, the United States shall consign the remaining firearms listed in the forfeiture allegation to a federally licensed firearms dealer to be sold on the defendant's behalf. All the remaining firearms shall be sold to an independent third-party. The defendant agreed that he (or anyone on his behalf) will not attempt to purchase any of the firearms. The defendant will retain the proceeds from the sale of the firearms.

SO ORDERED.

Dated: October 11, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

**Exhibit A**

1. Armscor of the Philippines (Squires Bingham) M116 rifle (19-ATF-012604),
2. Savage 15 rifle (19-ATF-012605),
3. Marlin Firearms Co 60 rifle (19-ATF-012606),
4. Marlin Firearms Co. 60 rifle (19-ATF-012610),
5. Ruger Blackhawk revolver (19-ATF-012612),
6. Marlin Firearms Co 39A rifle (19-ATF-012617),
7. Heckler & Koch Inc. MP5 (19-ATF-012696),
8. Bushmaster Firearms XM15-E2S rifle (19-ATF-012697),
9. Para-Ordnance Mfg. Inc. warthog pistol (19-ATF-012706),
10. Browning unknown pistol (19-ATF-012708),
11. North American Arms Black widow revolver (19-ATF-012711),
12. CZ (Ceska Zbrojovka) CZ75 pistol (19-ATF-012713),
13. Star, Bonifacio Echeverria 30MI pistol (19-ATF-012719),
14. Sig Sauer (Sig-Arms) P226 Elite pistol (19-ATF-012721),
15. Smith & Wesson 645 pistol (19-ATF-012727),
16. Ruger single six revolver (19-ATF-012728),
17. Heckler and Koch USP45 pistol (19-ATF-012735),
18. Browning 1911 pistol (19-ATF-012754),
19. Smith & Wesson 59 pistol (19-ATF-012757),
20. Sig-Sauer P229 Elite pistol (19-ATF-012758),
21. Remington Arms Company 1100 shotgun (19-ATF-012762),
22. Winchester 94 rifle (19-ATF-012763),
23. Winchester 94 rifle (19-ATF-012765),
24. Winchester 94 rifle (19-ATF-012766),
25. Winchester 94 rifle (19-ATF-012773),
26. Marlin Firearms Co. 39A Mountie rifle (19-ATF-012775),
27. Anderson Manufacturing AM-15 rifle (19-ATF-012783),
28. Winchester 94 rifle (19-ATF-012787),
29. Rossi Puma M92 rifle (19-ATF-012788),
30. Winchester 94 rifle (19-ATF-012789),
31. Winchester 94 rifle (19-ATF-012795),
32. Winchester 94 rifle (19-ATF-012796),
33. Robinson Armament Co M96 rifle (19-ATF-012810),
34. Rossi Puma M92 rifle (19-ATF-012811),
35. Smith & Wesson 19 revolver (19-ATF-012812),
36. Ruger GP100 revolver (19-ATF-012814),
37. Llama (Gabilondo & CIA) 38 super pistol (19-ATF-012815),
38. Ruger Vaquero revolver (19-ATF-012830),
39. Smith & Wesson 59 pistol (19-ATF-012842),
40. Heckler and Koch P30SK pistol (19-ATF-012847),
41. Colt BDA-380 pistol (19-ATF-012856),
42. Kimber STNLS ultra carry II pistol (19-ATF-012858),
43. Smith & Wesson 36 revolver (19-ATF-012859),
44. Beretta, Pietro S.P.A. 8040F mini cougar pistol (19-ATF-012860),
45. Ruger Blackhawk revolver (19-ATF-012862),
46. Ruger unknown revolver (19-ATF-012863),
47. Smith & Wesson 19 revolver (19-ATF-012864),
48. Walther PPK/S pistol (19-ATF-012865),
49. Beretta, Pietro S.P.A. 70 pistol (19-ATF-012866),
50. Smith & Wesson 14 revolver (19-ATF-012867),
51. Smith & Wesson 34 revolver (19-ATF-012868),
52. Auto Nine Corp Auto Nine pistol (19-ATF-012870),
53. Ruger Blackhawk revolver (19-ATF-012872),

Final Order of Forfeiture

54. Smith & Wesson 36 revolver (19-ATF-012873),
55. Smith & Wesson 60 revolver (19-ATF-012878),
56. Winchester 94 rifle (19-ATF-012883),
57. Bushmaster Firearms XM15-E2S rifle (19-ATF-012885),
58. Browning Buckmark rifle (19-ATF-012886),
59. Colt M4 rifle (19-ATF-012887),
60. Armscor of the Philipines (Squires Bingham) M16 rifle (19-ATF-012891),
61. Ruger Blackhawk revolver (19-ATF-012893),
62. Ruger 22/45 pistol (19-ATF-012894),
63. CZ (Ceska Zbrojovka) CZ70 pistol (19-ATF-012895),
64. Bauer Firearms Corp Bauer automatic pistol (19-ATF-012896),
65. Ruger LCR revolver (19-ATF-012897),
66. Ruger LCR revolver (19-ATF-012898),
67. Springfield Armory, Geneseo IL unknown pistol (19-ATF-012899),
68. Glock GMBH 21 pistol (19-ATF-012900),
69. Sig-Sauer P229 pistol (19-ATF-012934),
70. Glock GMBH 19Gen4 pistol (19-ATF-012935),
71. Glock GMBH 26Gen4 pistol (19-ATF-012936),
72. Sig-Sauer P229 pistol (19-ATF-012938),
73. Glock GMBH 26 pistol (19-ATF-012939),
74. Glock GMBH 30 pistol (19-ATF-012940),
75. Winchester 190 rifle (19-ATF-012942),
76. Browning unknown rifle (19-ATF-012946),
77. Interarms Star pistol (19-ATF-012948),
78. Glock GMBH 32 pistol (19-ATF-012950),
79. Smith & Wesson 686 revolver (19-ATF-012951),
80. Rock Island Armory Inc. (Geneseo IL) 1911 pistol (19-ATF-012952)
81. AMT-California (Arcadia machine & tools) automag II pistol (19-ATF-012953),
82. Browning Buckmark pistol (19-ATF-012954),
83. Ruger Blackhawk revolver (19-ATF-012955),
84. Heckler and Koch USP45 compact pistol (19-ATF-012956),
85. Walther PP pistol (19-ATF-012959),
86. AMT-California (Arcadia Machine & Tool) unknown pistol (19-ATF-012963),
87. Keltec, CNC Industries PMR-30 pistol (19-ATF-012964),
88. Smith & Wesson 459 pistol (19-ATF-012965),
89. Smith & Wesson 1911SC revolver (19-ATF-012967),
90. Winchester 94 rifle (19-ATF-012972),
91. Armalite AR10T rifle (19-ATF-012973),
92. Bushmaster Firearms XM15 rifle (19-ATF-012977),
93. Winchester 94 rifle (19-ATF-012979),
94. Kimber campguard 10 pistol (19-ATF-012988),
95. Para-Ordnance Mfg. Inc. P12 pistol (19-ATF-012989),
96. Sig Sauer (Sig-Arms) P226 pistol (19-ATF-012990),
97. Walther P5 pistol (19-ATF-012992),
98. Walther CCP pistol (19-ATF-012993),
99. F.N. Herstal (FN Herstal) five-seven pistol (19-ATF-012994),
100. Beretta USA Corp 92FS pistol (19-ATF-012998),
101. Ruger new model Blackhawk revolver (19-ATF-012999),
102. Glock GMBH 19 pistol (19-ATF-013000),
103. Taurus the judge revolver (19-ATF-013001),
104. Taurus the judge revolver (19-ATF-013002),
105. Taurus the judge revolver (19-ATF-013004),
106. Walther PP pistol (19-ATF-013005), and
107. Beretta, Pietro S.P.A. 84 pistol (19-ATF-013006).

## Exhibit B
Notices Sent to Potential Third Parties[1]

| Person/Entity | Address | Date Sent | Date PS Form 3811 Signed/Notes (certified mail "green card" showing delivery of mail) |
|---|---|---|---|
| Lee Johnson Allan | Butler St., Fort Jones, CA | 2/23/2023 | Returned to sender, received on 3/2/2023, not deliverable as addressed, unable to forward |
| Lee Johnson Allan | Cedar St., Burney, CA | 3/3/2023 | Returned to sender, received on 3/20/2023, deceased per records search |
| Thomas Matthew Barrett | Preserve Dr., Melbourne, FL | 2/23/2023 | Returned to sender, 3/8/2023, not deliverable as addressed, unable to forward |
| Thomas Matthew Barrett | Northwind Blvd., Valdosta, GA | 3/9/2023 | Returned to sender, received on 4/3/2023, insufficient address, unable to forward |
| Thomas Matthew Barrett | Northwind Blvd., Valdosta, GA | 4/4/2023 | PS Form 3811 returned without a date. USPS.com tracking shows picked up at post office on 4/12/2023 |
| Lon Grantland Beatty | Roundtree Ct., Concord, CA | 2/23/2023 | USPS.com tracking shows arrival at post office 2/26/2023 |
| Lon Grantland Beatty | P.O. Box, Grants Pass, OR | 3/30/2023 | Signed by Lon Grantland Beatty on 4/7/2023 |
| Kenneth Paul Bohl | E Verde Ln., Phoenix, AZ | 2/23/2023 | Returned to sender, received on 3/20/2023, unclaimed |
| Kenneth Paul Bohl | W Puget Ave., Peoria, AZ | 3/21/2023 | PS Form 3811 returned with unreadable signature signed on 3/25/2023, delivered per USPS.com |
| Lorin Wilson Boots | Sunset Dr., Lewiston, ID | 2/23/2023 | Returned to sender, received on 3/10/2023, unable to forward, deceased |
| Lorin Wilson Boots | Valley View Court., Lewiston, ID | 3/10/2023 | 3/13/2023 Signed by Leah A. Boots |
| Christian Ross Burman | Bunkhouse Pl., Missoula, MT | 2/23/2023 | Returned to sender, received on 3/6/2023, unknown, unable to forward |
| Christian Ross Burman | Sybille Rd., Wheatland, WY | 3/7/2023 | Returned to sender, received on 3/20/2023 unknown, unable to forward |
| Maureen Leslie Byers | E Camelback Rd., Phoenix, AZ | 2/23/2023 | Returned to sender, received on, 3/6/2023, unknown, unable to forward |
| Maureen Leslie Byers | Seagaze Dr., Oceanside, CA | 3/7/2023 | PS Form 3811 returned without a signature. USPS.com tracking shows delivery on 3/9/2023 |
| Graham Charles Carter | David Ct., San Mateo, CA | 2/23/2023 | Returned to sender, received on 3/2/2023, not deliverable as addressed, unable to forward |
| Graham Charles Carter | Olney Park Dr., Redding, CA | 3/3/2023 | PS Form 3811 returned with unreadable signature signed on 3/6/2023, delivered per USPS.com |
| Clifford Dean Crow | Hilford Ln., Redding, CA | 2/23/2023 | Returned to sender, received on 3/6/2023, not known, unable to forward |
| Clifford Dean Crow | Tahoe Ln., Shingletown, CA | 3/7/2023 | Returned to sender, received on 3/24/2023, not known, unable to forward |
| Lori Jane Darling | Ski Wy., Incline Village, NV | 2/23/2023 | Returned to sender, received on 4/10/2022 |
| Lori Jane Darling | Ski Wy., Incline Village, NV | 3/30/2023 | Lori Jane Darling spoke with our office on 4/12/2023 and no longer has interest in the gun |
| Donald Craig Day | Ranchita Way, Reno, NV | 2/23/2023 | Returned to sender, received on 3/28/2023, envelope marked deceased |
| Justin Michael Deyo | Ishi Point Ct., Reno NV | 2/23/2023 | Returned to sender, received on 3/6/2023, insufficient address, unable to forward |
| Justin Michael Deyo | Melbourne St., Portsmouth, NH | 3/9/2023 | PS Form 3811 delivered without a signature, USPS.com tracking shows delivery on 3/13/2023 |
| Charles Joseph Dipietro | P.O. Box, Klamath Falls, OR | 2/23/2023 | Returned to sender, received on 3/20/2023, envelope marked unclaimed |
| Guy A. Dozier | P.O. Box, Staffordsville, KY | 2/23/2023 | Returned to sender, received on 3/7/2023, insufficient address, unable to forward |
| Guy A. Dozier | Bonnacroft Dr., Hermitage, TN | 3/7/2023 | Returned to sender, received on 3/7/2023, insufficient address, unable to forward |
| Robert K. Essex | Old Denton Rd., Carrolton, TX | 2/23/2023 | Returned to sender, received on 3/21/2023, deceased per records search |

---

[1] Full addresses are not listed due to privacy considerations.

Final Order of Forfeiture

| Name | Address | Date | Status |
|---|---|---|---|
| Robert K. Essex | Country Village Dr., Carson City, NV | 3/15/2023 | Returned to sender, received on 3/15/2023, not deliverable as addressed, unable to forward |
| Danny Joe Fine | S Baurer Rd., Colton, OR | 2/23/2023 | Signed by Dianna Fine on 3/1/2023.  Danny Fine called on 3/3/2023 and said gun was stolen more than 40 years ago |
| Timothy Joseph Glassey | SE Alpine Ave., Shelton, WA | 2/23/2023 | Returned to sender, received on 3/21/2023, unclaimed |
| Timothy Joseph Glassey | W Royal Palm Rd., Glendale, AZ | 3/22/2023 | Signed by Tim Glassey on 3/25/2023 |
| Mary Kay Gustafson | Antelope Rd., Edgemont, SD | 2/23/2023 | Returned to sender, received on 3/9/2023, not known, unable to forward |
| Mary Kay Gustafson | Melba Dr., Reno, NV | 3/10/2023 | Signed by Mary Gustafson on 3/14/2023 |
| Stephen Louis Haase | Juniper Dr., Stateline, NV | 2/23/2023 | Returned to sender, received on 3/3/2023, insufficient address, unable to forward |
| Stephen Louis Haase | Pine Ridge Dr., Stateline, NV | 3/3/2023 | Returned to sender, received on 3/9/2023, insufficient address, unable to forward |
| Stephen Louis Haase | P.O. Box, Stateline, NV | 3/10/2023 | Signed by Stephen Haase on 3/21/2023.  Stephen Haase called on 3/21/2023 and said he sold the gun years ago to a FFL |
| Lois J. Hackenberger | P.O. Box. Naknek, AK | 2/23/2023 | Returned to sender, received on 4/6/2023, deceased per records search |
| James David Harwin | Langley Ln., Reno, NV | 2/23/2023 | Returned to sender, received on 3/20/2023, unclaimed |
| James David Harwin | E Hidden Valley Dr., Reno, NV | 3/21/2023 | PS Form 3811 delivered with unreadable signature signed on 3/23/2023, delivered per USPS.com |
| Joseph Michael Hayth | Tioga Wy., Reno, NV | 2/23/2023 | Returned to sender, received on 3/3/2023, not known, unable to forward |
| Joseph Michael Hayth | Whitney Oaks Ln., Reno, NV | 3/6/2023 | Returned to sender, received on 4/4/2023, unclaimed |
| Martin C. Herbst | Forest Ave., Wilmette, IL | 2/23/2023 | Returned to sender, received on 3/20/2023, not deliverable as addressed, unable to forward |
| Martin C. Herbst | Sage Green Court, Henderson, NV | 3/21/2023 | Signed by Martin Herbst on 3/24/2023 |
| Gregory Scott Hoop | N 3rd Ave., Stayton, OR | 2/23/2023 | Returned to sender, received on 3/23/2023, unclaimed |
| Gary Bruce Huff | P.O. Box, Hayfork, CA | 2/23/2023 | Returned to sender, received on 3/2/2023, not known, unable to forward |
| Gary Bruce Huff | Cove Crossing, Trinidad, TX | 3/3/2023 | PS Form 3811 not returned, USPS.com tracking shows picked up at post office on 3/13/2023 |
| Richard A. Johnson | Riverton Ave., North Hollywood, CA | 2/23/2023 | Returned to sender, received on 3/20/2023, deceased per records search |
| Kathleen Marie Kerr | Pine Grove Rd., Klamath Falls, OR | 2/23/2023 | Returned to sender, received on 3/9/2023, not known, unable to forward |
| Kathleen Marie Kerr | Finley Ct., Klamath Falls, OR | 3/102023 | Signed by Justin Thorpe on 3/13/2023 |
| Timothy Alan Kersten | Marquette St., Burney, CA | 2/23/2023 | Signed by TA Kersten on 3/2/2023 |
| Mike Kliman | McCloud Ave., Reno, NV | 2/23/2023 | Returned to sender, received on 3/16/2023, unclaimed |
| Deanna Kristine Koczor | W Montgomery Rd., Deer Park, WA | 2/23/2023 | Returned to sender, received on 3/7/2023, not known, unable to forward |
| Deanna Kristine Koczor | N Howard St., Spokane, WA | 3/7/2023 | PS Form 3811 delivered with unreadable signature signed on 3/10/2023, delivered per USPS.com |
| Alan Terry Kuentli | Grand Canyon Bl., Denver, CO | 2/23/2023 | Returned to sender, received on 3/6/2023, no such number, unable to forward |
| Alan Terry Kuentli | Upper Syringa Heights Ln., Sandpoint, ID | 3/9/2023 | Signed by Judy Bell on 3/13/2023 |
| Patricia Ann Libolt | Sandefer Ln., Dayton, NV | 2/23/2023 | Returned to sender, received on 3/2/2023, not known, unable to forward |
| Patricia Ann Libolt | Columbia Way, Carson City, NV | 3/3/2023 | Returned to sender, received on 3/13/2023, deceased per records |
| Joseph Edward Martin | Talladega Ct., Sparks, NV | 2/23/2023 | Signed by Joseph Martin on 2/25/2023 |
| Tomas Philip McFie | Addlyn Ct., Henderson, NV | 2/23/2023 | PS Form 3811 delivered with unreadable signature signed on 3/1/2023, delivered per USPS.com |
| Kyle Philip Morris | Bryan St., Reno, NV | 2/23/2023 | PS Form 3811 delivered without a date.  USPS.com tracking shows delivered on 2/25/2023 |

Final Order of Forfeiture

| | | | |
|---|---|---|---|
| John Edward O'Neil | Liberty Road South, Salem, OH | 2/23/2023 | Returned to sender, received on 3/7/2023, not known, unable to forward |
| John Edward O'Neil | NW 29th St., Redmond, OR | 3/7/2023 | Signed by John O'Neil on 3/10/2023 |
| Jeff Paul Ousley | Sacaton, Wilcox, AZ | 2/23/2023 | Returned to sender, received on 3/6/2023, not known, unable to forward |
| Jeff Paul Ousley | Garfield Ave., Huntington Beach, CA | 3/9/2023 | Jeff Ousley called our office on 3/28/2023 was given information as to the claim process |
| Dustin Michael Page | Old Redwood HW., Santa Rosa, CA | 2/23/2023 | Returned to sender, received on 3/2/2023, not deliverable as addressed, unable to forward. |
| Dustin Michael Page | Napa Rd., Sonoma, CA | 3/3/2023 | PS Form 3811 delivered with unreadable signature signed on 3/6/2023, delivered per USPS.com |
| Dennis A. Palagi | W. Mariposa Grande, Glendale, AZ | 2/23/2023 | Returned to sender, received on 3/6/2023, not deliverable as addressed, unable to forward |
| Dennis A. Palagi | W. Olive Ave., Peoria, AZ | 3/7/2023 | Signed by S Palagi on 3/11/2023 |
| William Burton Perry | Garnet Ave., San Diego, CA | 2/23/2023 | Returned to sender, received on 3/6/2023, no such number, unable to forward |
| William Burton Perry | Brooks St., Maynard, MA | 3/7/2023 | Signed by Robert Perry on 3/9/2023 |
| Elwood Junior Price | E. Queensdale St., Compton, CA | 2/23/2023 | Returned to sender, received on 3/20/2023, deceased per records search |
| Paul Anthony Rapalas | Hidden Meadow Ln., Hamilton, MT | 2/23/2023 | Signed by Paul Rapalas on 2/28/2023 |
| Mark James Redeker | Main St., Pleasanton, CA | 2/23/2023 | Returned to sender, received on 3/7/2023, not deliverable as addressed, unable to forward. |
| Mark James Redeker | Keonekai Rd., Kihei, HI | 3/9/2023 | Signed by Roberta Redeker 3/30/2023 |
| Grady Goldwin Robertson | Fannin De Leon, TX | 2/23/2023 | Returned to sender, received on 3/13/2023, deceased per records search |
| Donald Milton Rogers | Spruce Dr., Fernley, NV | 2/23/2023 | PS Form 3811 delivered without a date.  USPS.com tracking shows delivered on 2/25/2023 |
| Evan Marcel Prive Shereck | Beldon Wy., Reno, NV | 2/23/2023 | PS Form 3811 not delivered, USPS.com tracking shows delivered on 2/25/2023 |
| Steven Earl Sparks | Kettle Rock Dr., Reno, NV | 2/23/2023 | Signed by Steve Sparks on 3/2/2023 |
| Palle Bent Strom | Large Oak Dr., Placerville, CA | 2/23/2023 | Returned to sender, received on 3/6/2023, refused |
| Palle Bent Strom | Mariners Dr., Stockton, CA | 3/7/2023 | Returned to sender, received on 3/16/2023, deceased per records search |
| Klint Seward Tegland | W. Sunnyslope Ln., Waddell, AZ | 2/23/2023 | Returned to sender, received on 3/7/2023, not deliverable as addressed, unable to forward. |
| Klint Seward Tegland | N Camino Del Sol, Sun City West, AZ | 3/7/2023 | Signed by Klint Tegland on 3/16/2023 |
| John Ellis Thompson | Curve St., Fall River Mills, CA | 2/23/2023 | Signed by John Thompson on 3/2/2023 |
| Dale Allen Vastbinder | Eagle Fall Ave., Lancaster, CA | 2/23/2023 | Returned to sender, received on 3/9/2023, not deliverable as addressed, unable to forward. |
| Dale Allen Vastbinder | White Bluffs Circle, Fernley, NV | 3/10/2023 | Signed by Dale Vastbinder on 3/15/2023 |
| Bonifacio Villanueva | E. 113 St., Los Angeles, CA | 2/23/2025 | Returned to sender, received on 3/21/2023, not known, unable to forward |
| Bonifacio Villanueva | E. 113 St., Los Angeles, CA | 3/30/2023 | Returned to sender, received on 4/11/2023, not deliverable as addressed, unable to forward |
| Bonifacio Villanueva | E. 113 St., Los Angeles, CA | 3/30/2023 | Signed by Sam Lasaro Villaneuva on 4/15/2023 |
| Michael John Wallace | Moon Beam Ct., Sparks, NV | 2/23/2023 | PS Form 3811 delivered with unreadable signature signed on 2/25/23, delivered per USPS.com |
| Michael Von Whicker | Prescott Rd., Modesto, CA | 2/23/2023 | Returned to sender, received on 3/27/2023, unclaimed |
| Marvin A. White | W. Vesta St., Ontario, CA | 2/23/2023 | Returned to sender, received on 3/27/2023, unclaimed |
| Calvin James Willey | Cromwell Pl. Sparks, NV | 2/23/2023 | Returned to sender, received on 3/1/2023, insufficient address, unable to forward |
| Calvin James Willey | Cartwright Rd., Reno, NV | 3/6/2023 | Signed by Pamela Willey 3/13/2023 |
| Anthony Buckingham Wojcicki | P.O. Box, Sparks, NV | 2/23/2023 | PS Form 3811 delivered with unreadable signature signed on 2/27/2023, delivered per USPS.com |
| Jimmie Dean York | Oregon Bl., Reno, NV | 2/23/2023 | Returned to sender, received on 3/16/2023, unclaimed, deceased per records search |

Final Order of Forfeiture