BRIAN RAYMOND SCHECKLA REG NO. 78552-097
3547 SOUTH GOLDEN STATE BLVD.
FRESNO, CA 93725

**FILED**

JUN 07 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CASE NO: 2:19-CR-189-JAM |
| v. | MOTION TO EXTEND TIME TO FILE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255. |
| BRIAN RAYMOND SCHECKLA, Defendant, | |

Comes Now the defendant, Brian Scheckla, Pro Se, offers this motion to extend time to file motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. In support of defendant's request, defendant Scheckla submits the following:

①

## BACKGROUND

On June 6, 2023, the district court sentenced defendant Scheckla to 24 months for the Unlawful Dealing In Firearms Count 1 of the indictment (EC.F.1 in violation of 18 U.S.C. § 922(a)(1)(A).

## LEGAL STANDARD

The limitation period pursuant to 2255 U.S.C. is 1-year from the date the conviction becomes final. As of the date of this motion it is now June 5, 2024, which approxiamately 365 days from June 6, 2023. Defendant Scheckla is humbly asking this court to grant this motion to extend time to file his motion pursuant to 28 U.S.C. § 2255 for 45 days. Defendant Scheckla is currently housed at Turning Point in Fresno, CA which is currently under the supervision of the Bureau of Prisons (RRM Sacramento). Defendant request additional time to gather the necessary files and documents to support his claims under 28 U.S.C. 2255. Defendant Scheckla is also invoking the "Mailbox Rule" under Houston v. Lack, 487 U.S. 266 (1988). This motion will be handed to the authorities at Turning Point on June 5, 2024 to be placed in the institutional mail.

## CONCLUSION

Defendant Scheckla, humbly prays that this court grants this motion for A 45 day extension to file A motion to vacate, set Aside, or correct sentence Under 28 U.S.C. 2255.

Respectfully Submitted.
Brian Scheckla /s/
P/o Se
June 5, 2024