BRIAN RAYMOND SCHECKLA, REG #78552-097
3547 SOUTH GOLDEN STATE BLVD.
FRESNO, CA 93725
BRIAN RAYMOND SCHECKLA, IN PRO PER

FILED

JUL 08 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## (SACRAMENTO DIVISION)

| UNITED STATES OF AMERICA, Plaintiff, vs. BRIAN RAYMOND SCHECKLA, Defendant, | CASE NO. 2:19-cr-00189-JAM-1 NOTICE OF MOTION FOR ADDITIONAL TIME TO FILE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |
|---|---|

    Come Now, Defendant, BRIAN RAYMOND SCHECKLA, Pro Se, hereby request that this court to grant this motion for additional time to file motion pursuant 28 U.S.C. § 2255 vacate, set aside, or correct sentence.

    Due to the recent filed motion to return property. Defendant Scheckla is asking this honorable court for 60 additional days pending the outcome of the motion to return property, so he can retain private counsel to assist him with his motion to vacate, set aside or resentence pursuant to 28 U.S.C. § 2255.

Respectfully,
Brian Scheckla /s/ Pro Se
July 3, 2024

1