BRIAN RAYMOND SCHECKLA, REG #78552-097
3547 SOUTH GOLDEN STATE BLVD.
FRESNO, CA 93725
BRIAN RAYMOND SCHECKLA, IN PRO PER




JUL 08 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>BRIAN RAYMOND SCHECKLA,<br>Defendant, | CASE NO. 2:19-cr-00189-JAM-1<br><br>NOTICE OF MOTION TO EXPEDITE MOTION TO RETURN PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g) |

    Brian Raymond Scheckla, Pro Se, moves this Court to consider on an expedited basis his recently filed motion pursuant to Fed. R. Crim. P. 41(g) (Return of Property). For the reasons stated in Mr. Scheckla's recently filed motion pursuant to Fed. R. Crim. P. 41(g) (Return of Property). Mr. Scheckla respectfully requests that the Court hear this matter on an expedited basis pursuant to Local Rule 400(g) Adoption of Plan for Prompt Disposition of Criminal Actions. Because further delay into this matter will cause additional delays in the filing of Mr. Scheckla's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. With the property that the government is holding, is hindering Mr. Scheckla from obtaining retained counsel to assist him with his motion pursuant to 28 U.S.C. § 2255.

Respectfully,
Brian Scheckla /s/ Pro Se
July 3, 2024

1