# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00189-DJC |
| Plaintiff, | |
| v. | **ORDER** |
| BRIAN RAYMOND SCHECKLA, | |
| Defendant. | |

Defendant has filed a motion for return of property (ECF No. 73) and motion to expedite (ECF No. 74).  The Government states that the property in question "will be returned to the defendant once [ATF] receives a completed vendor request form." (ECF No. 82 at 1.)  In response, Defendant requests that the "vendor request form" be sent to his current address.  (ECF No. 83.)

IT IS HEREBY ORDERED that:

1. Defendant's request (ECF No. 83) is GRANTED.  The Government is directed to send the vendor request form to the address provided by Defendant in his request.

///

2. Defendant's prior Motions (ECF Nos. 73, 74) are DENIED AS MOOT without prejudice.

3. Defendant's Motion for Extension of Time (ECF No. 84) is GRANTED. Defendant shall have 60 days from the date of this order to obtain counsel.

Dated:  October 1, 2024          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE